23 So.2d 145

### Johnnie LANIER v. STATE.
### 6 Div. 184.

Court of Appeals of Alabama.
May 22, 1945.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

26 So.2d 924

### John LATNER v. STATE.
### 6 Div. 274.

Court of Appeals of Alabama.
April 23, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

21 So.2d 856

### Willie LEACH v. CITY OF TUSCALOOSA.
### 6 Div. 200.

Court of Appeals of Alabama.
April 19, 1945.

PER CURIAM.
Appeal dismissed, want of prosecution.

26 So.2d 924

### Arthur LEE v. STATE.
### 6 Div. 276.

Court of Appeals of Alabama.
June 4, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed, motion of appellant.

23 So.2d 884

### Sim LOTT v. STATE.
### 2 Div. 736.

Court of Appeals of Alabama.
Nov. 6, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

26 So.2d 924

### Bill, alias William LUECKE v. STATE.
### 6 Div. 261.

Court of Appeals of Alabama.
April 23, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.